**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.  7:20-CV-086 |
| | § | |
| 1.2215 ACRES OF LAND, MORE OR | § | |
| LESS, SITUATE IN HIDALGO COUNTY, | § | |
| STATE OF TEXAS; AND CARLOS | § | |
| GARZA, *ET AL.,* | § | |
| | § | |
| *Defendants.* | § | |

## COMPLAINT IN CONDEMNATION

1.      This is a civil action brought by the United States of America at the request of the Secretary of the Department of Homeland Security, through the Acquisition Program Manager, Wall Program Management Office, U.S. Border Patrol Program Management Office Directorate, U.S. Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security, for the taking of property under the power of eminent domain through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2.      The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1358.

3.      The interest in property taken herein is under and in accordance with the authority set forth in Schedule "A."

4.      The public purpose for which said interest in property is taken is set forth in Schedule "B."

5.     The legal description and map or plat of land in which certain interests are being acquired by the filing of this Complaint, pursuant to the Declaration of Taking, are set forth in Schedules "C" and "D."

6.     The interest being acquired in the property described in Schedules "C" and "D" is set forth in Schedule "E."

7.     The amount of just compensation estimated for the property interest being acquired is set forth in Schedule "F."

8.     The names and addresses of known parties having or claiming an interest in said acquired property are set forth in Schedule "G."

9.     Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

WHEREFORE, Plaintiff requests judgment that the interest described in Schedule "E" of the property described in Schedules "C" and "D" be condemned, and that just compensation for the taking of said interest be ascertained and awarded, and for such other relief as may be lawful and proper.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By:     *s/ Roland D. Ramos*
**ROLAND D. RAMOS**
Assistant United States Attorney
Southern District of Texas No. 3458120
Texas Bar No. 24096362
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone:  (956) 618-8010
Facsimile:  (956) 618-8016
E-mail: Roland.Ramos@usdoj.gov

# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

**SCHEDULE B**

PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain a border security tower, roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

**SCHEDULE C**

LEGAL DESCRIPTION

Hidalgo County, Texas

Tracts:  RGV-MCS-T1033E, RGV-MCS-T1033E-1, RGV-MCS-T1033E-2
Owner:  Carlos Garza, *et al.*
Total Acreage:  1.2215

**RGV-MCS-T1033E (PERPETUAL TOWER EASEMENT):**

BEING a tract of land situated in the Joaquin Ysidoro Ponce Survey, Abstract Number 69, Porcion No. 47, Hidalgo County, Texas, being part of Tract 3 of Subdivision of Porcion 47, an addition to Hidalgo County, Texas, as recorded in Volume 13, Page 36 of the Map Records of Hidalgo County, Texas, and being part of a called 158.42 acre tract of land described as Tract 11 in Gift Deed to The Juan Lino Garza Trust, Juan Lino Garza, Jr., Trustee, as recorded in Document Number 2369329 of the Official Records of Hidalgo County, Texas, and being more particularly described as follows:

COMMENCING at a 1/2-inch found iron rod with cap stamped "M&H" for the north corner of the northwest corner clip at the intersection of the west right-of-way line of F.M. 2221 (a variable width right-of-way, recorded in Volume 1389, Page 159, of the Deed Records of Hidalgo County, Texas (D.R.H.C.T.)) with the north right-of-way line of US Highway 83 (variable width right-of-way, recorded in Volume 1411, Page 196, D.R.H.C.T.), and having a Texas Coordinate System 1983, South Zone Grid Coordinates of Northing: 16,615,918.05, Easting 988,671.79;

THENCE North 08 degrees 52 minutes 09 seconds East, with the west right-of-way line of said F.M. 2221, a distance of 186.96 feet to a corner;

THENCE over and across said 158.42 acre tract, the following bearings and distances:

North 81 degrees 07 minutes 51 seconds West, departing the west right-of-way line of said F.M. 2221, a distance of 54.68 feet to a 5/8-inch set iron rod with 2-inch aluminum cap stamped "RGV-MCS-T1033E-(corner#1)" for the POINT OF BEGINNING, and having a Texas Coordinate System 1983, South Zone Grid Coordinates of Northing: 16,616,111.20, Easting 988,646.60;

South 08 degrees 52 minutes 09 seconds West, a distance of 100.00 feet to a 5/8-inch set iron rod with 2-inch aluminum cap stamped "RGV-MCS-T1033E-(corner#2)" for corner, and having a Texas Coordinate System 1983, South Zone Grid Coordinates of Northing: 16,616,012.40, Easting 988,631.18;

North 81 degrees 07 minutes 51 seconds West, a distance of 100.00 feet to a 5/8-inch set iron rod with 2-inch aluminum cap stamped "RGV-MCS-T1033E-(corner#3)" for corner, and having a Texas Coordinate System 1983, South Zone Grid Coordinates of Northing: 16,616,027.81, Easting 988,532.38;

North 08 degrees 52 minutes 09 seconds East, a distance of 100.00 feet to a 5/8-inch set iron rod with 2-inch aluminum cap stamped "RGV-MCS-T1033E-(corner#4)" for corner, and having a Texas Coordinate System 1983, South Zone Grid Coordinates of Northing: 16,616,126.61, Easting 988,547.80;

South 81 degrees 07 minutes 51 seconds East, a distance of 100.00 feet to the POINT OF BEGINNING AND CONTAINING 0.2296 of an acre (10,000 square feet) of land, more or less.

**RGV-MCS-T1033E-1 (PERPETUAL ROAD AND UTILITY EASEMENT):**

BEING a tract of land situated in the Joaquin Ysidoro Ponce Survey, Abstract Number 69, Porcion No. 47, Hidalgo County, Texas, being part of Tract 3 of Subdivision of Porcion 47, an addition to Hidalgo County, Texas, as recorded in Volume 13, Page 36 of the Map Records of Hidalgo County, Texas, and being part of a called 158.42 acre tract of land described as Tract 11 in Gift Deed to The Juan Lino Garza Trust, Juan Lino Garza, Jr., Trustee, as recorded in Document Number 2369329 of the Official Records of Hidalgo County, Texas, and being more particularly described as follows:

COMMENCING at a 1/2-inch found iron rod with cap stamped "M&H" for the north corner of the northwest corner clip at the intersection of the west right-of-way line of F.M. 2221 (a variable width right-of-way, recorded in Volume 1389, Page 159, of the Deed Records of Hidalgo County, Texas (D.R.H.C.T.)) with the north right-of-way line of US Highway 83 (variable width right-of- way, recorded in Volume 1411, Page 196, D.R.H.C.T.), and having a Texas Coordinate System 1983, South Zone Grid Coordinates of Northing: 16,615,918.05, Easting 988,671.79;

THENCE North 08 degrees 52 minutes 09 seconds East, with the west right-of-way line of said F.M. 2221, a distance of 124.59 feet to a 1/2-inch set iron rod with blue plastic cap stamped "HALFF ESMT" (hereinafter referred to as "with cap") for the POINT OF BEGINNING, and having a Texas Coordinate System 1983, South Zone Grid Coordinates of Northing: 16,616,041.14, Easting 988,691.00;

THENCE over and across said 158.42 acre tract, the following bearings and distances:

North 81 degrees 07 minutes 51 seconds West, departing said west right-of-way line of F.M. 2221, a distance of 54.68 feet to a 1/2-inch set iron rod with cap for corner;

North 08 degrees 52 minutes 09 seconds East, a distance of 60.00 feet to a 1/2-inch set iron rod with cap for corner;

South 81 degrees 07 minutes 51 seconds East, a distance of 54.68 feet to a 1/2-inch set iron rod with cap for corner on the west right-of-way line of said F.M. 2221;

THENCE South 08 degrees 52 minutes 09 seconds West, with the west right-of-way line of said F.M. 2221, a distance of 60.00 feet to the POINT OF BEGINNING AND CONTAINING 0.0753 of an acre (3,281 square feet) of land, more or less.

**RGV-MCS-T1033E-2 (TEMPORARY WORK AREA EASEMENT):**

BEING a tract of land situated in the Joaquin Ysidoro Ponce Survey, Abstract Number 69, Porcion No. 47, Hidalgo County, Texas, being part of Tract 3 of Subdivision of Porcion 47, an addition to Hidalgo County, Texas, as recorded in Volume 13, Page 36 of the Map Records of Hidalgo County, Texas, and being part of a called 158.42 acre tract of land described as Tract 11 in Gift Deed to The Juan Lino Garza Trust, Juan Lino Garza, Jr., Trustee, as recorded in Document Number 2369329 of the Official Records of Hidalgo County, Texas, and being more particularly described as follows:

BEGINNING at a 1/2-inch found iron rod with cap stamped "M&H" for the north corner of the northwest corner clip at the intersection of the west right-of-way line of F.M. 2221 (a variable width right-of-way, recorded in Volume 1389, Page 159, of the Deed Records of Hidalgo County, Texas (D.R.H.C.T.)) with the north right-of-way line of US Highway 83 (variable width right-of- way, recorded in Volume 1411, Page 196, D.R.H.C.T.), and having a Texas Coordinate System 1983, South Zone Grid Coordinates of Northing: 16,615,918.05, Easting 988,671.79;

THENCE South 48 degrees 58 minutes 19 seconds West, with said corner clip, a distance of 17.04 feet to a corner;

THENCE over and across said 158.42 acre tract, the following bearings and distances:

> North 81 degrees 07 minutes 51 seconds West, departing said corner clip, a distance of 189.02 feet to a corner;

> North 08 degrees 52 minutes 09 seconds East, a distance of 200.00 feet to a corner;

> South 81 degrees 07 minutes 51 seconds East, a distance of 200.00 feet to a corner on the west right-of-way line of said F.M. 2221;

THENCE South 08 degrees 52 minutes 09 seconds West, with the west right-of-way line of said F.M. 2221, a distance of 186.96 feet to the POINT OF BEGINNING AND CONTAINING 0.9166 of an acre (39,928 square feet) of land, more or less.

The field work was completed on February 07,

2018. Date of Plat or Map: February 22, 2018.

_G.J. Suthan_   March 22/18
_____
GETSY J. SUTHAN
REGISTERED PROFESSIONAL LAND SURVEYOR
TEXAS REGISTRATION NUMBER 6449
TBPLS FIRM NO. 10029600

lay (TE 1083)

# SCHEDULE D

**SCHEDULE D**

MAP or PLAT

LAND TO BE CONDEMNED



Tracts: RGV-MCS-T1033E, RGV-MCS-T1033E-1, RGV-MCS-T1033E-2
Owner: Carlos Garza, *et al.*
Total Acreage: 1.2215

# SCHEDULE E

## SCHEDULE E

## ESTATE TAKEN

Hidalgo County, Texas

Tracts:  RGV-MCS-T1033E, RGV-MCS-T1033E-1, RGV-MCS-T1033E-2
Owner:  Carlos Garza, *et al.*
Total Acreage:  1.2215

**Perpetual Tower Easement**

**Tract No. RGV-MCS-T1033E (.2296 acres)**

An exclusive, perpetual and assignable easement and right-of-way in, on, over, and across the land described in Schedule C, beginning with date of possession of the land is granted to the United States, for use by the United States, its representatives, agents and contractors for the location, construction, operation, maintenance, alteration, repair, and patrol of permanent tower(s) and associated facilities; together with the right to trim, cut, fell and remove any vegetative or structural obstacles that interfere within the tower corridor; subject to existing easements for public roads and highways, public utilities, railroads and pipelines.

**Road and Utility Easement**

**Tract No. RGV-MCS-T1033E-1 (0.0753 acres)**

A perpetual, non-exclusive and assignable easement and right-of-way in, on, over, under and across the land described in Schedule C, beginning with date of possession of the land is granted to the United States, for use by the United States, its representatives, agents and contractors for the location, construction, operation, maintenance, alteration and replacement of a road and aboveground and underground utility lines and appurtenances thereto; together with the right to trim, cut, fell and remove any vegetative or structural obstacles that interfere within the right-of-way; subject to existing easements for public roads and highways, public utilities, railroads and pipelines; reserving however, to the

owners, their heirs and assigns, the right to use the surface of such land as access to their adjoining land or for any other use consistent with its use as a road and/or utility easement.

**Temporary Work Area Easement**

**Tract No. RGV-MCS-T1033E-2 (.9166 acres)**

A temporary easement and right-of-way in, on, over and across the land described in Schedule C, for a period not to exceed two years, beginning with date possession of the land is granted to the United States, for use by the United States, its representatives, agents, and contractors as a work area, including the right to move, store and remove equipment and supplies, and erect and remove temporary structures on the land and to perform any other work necessary and incident to the construction of the RGV RVSS Towers Project, together with the right to trim, cut, fell and remove therefrom all trees, underbrush, obstructions, and any other vegetation, structures, or obstacles within the limits of the right-of-way; reserving, however, to the landowners, their heirs and assigns, all such rights and privileges as may be used without interfering with or abridging the 'rights and easement hereby acquired; subject, however, to existing easements for public roads and highways, public utilities, railroads and pipelines.

# SCHEDULE

# F

## **SCHEDULE F**

## ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the lands being taken is SEVENTEEN THOUSAND NINE HUNDRED DOLLARS AND NO/100 ($17,900.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto. This amount is allocable among the separate tracts as follows:

**TRACT RGV-MCS-T1033E:**

The sum estimated as just compensation for the land being taken is ELEVEN THOUSAND FOUR HUNDRED EIGHTY DOLLARS AND 00/100 ($11,480.00), to be deposited herewith in the registry of said Court for the use and benefit of the persons entitled thereto.

**TRACT RGV-MCS-T1033E-1:**

The sum estimated as just compensation for the land being taken is ONE THOUSAND EIGHT HUNDRED EIGHTY THREE DOLLARS AND 00/100 ($1,883.00), to be deposited herewith in the registry of said Court for the use and benefit of the persons entitled thereto.

**TRACT RGV-MCS-T1033E-2:**

The sum estimated as just compensation for the land being taken is FOUR THOUSAND FIVE HUNDRED THIRTY SEVEN DOLLARS AND 00/100 ($4,537.00), to be deposited herewith in the registry of said Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Landowners:** | |
| **Carlos Garza** <br> ██████████████ <br> Mission, TX 78574 | **Special Warranty Deed**, <br> Document # 2006-1659608; <br> Recorded September 5, 2006, <br> Deed Records of Hidalgo County |
| **Jaime Isaac Carrales, as an Independent Executor of the Estate of Maria Rita Garza Carrales** <br> ██████████████ <br> Penitas, TX  78576 | **Termination of Trust**, <br> Document # 2005-1421923; <br> Recorded January 7, 2005, <br> Deed Records of Hidalgo County |
| **Eduardo Garza** <br> ██████████████ <br> Penitas, TX  78576 | **Termination of Trust**, <br> Document # 2005-1421923; <br> Recorded January 7, 2005, <br> Deed Records of Hidalgo County |
| **Elma Garza Cantu** <br> ██████████████ <br> Edinburg, TX 78539 | **Termination of Trust**, <br> Document # 2005-1421923; <br> Recorded January 7, 2005, <br> Deed Records of Hidalgo County |
| **A. A. Garza, Ltd.** <br> c/o Aida A. Garza Lopez (Registered Agent) <br> 10604 Big Thicket Dr. <br> Austin, TX 78747 | **Special Warranty Deed**, <br> Document # 2012-2368432; <br> Recorded December 21, 2012, <br> Deed Records of Hidalgo County |
| **Juan Lino Garza Trust** <br> Juan Lino Garza, Jr., Trustee <br> ██████████████ <br> Penitas, TX  78576 | **Gift Deed**, <br> Document # 2012-2369329; <br> Recorded December 27, 2012, <br> Deed Records of Hidalgo County |

| | |
|---|---|
| **Guadalupe Garza Jr.**<br>██████████<br>Edinburg, TX 78541 | **Warranty Deed**,<br>Document # 1983-48481;<br>Recorded December 30, 1983,<br>Deed Records of Hidalgo County |
| **Garza Family Living Trust**<br>Guadalupe Garza, Jr., Trustee<br>██████████<br>Edinburg, TX 78541 | **Termination of Trust**,<br>Document # 2005-1421923<br>Recorded January 7, 2005,<br>Deed Records of Hidalgo County |
| **Punkin Holdings, Ltd.**<br>c/o Diana H. Garza (Registered Agent)<br>1 1/2 Mile N. Jackson Rd.<br>Edinburg, TX 78539 | **Special Warranty Deed**,<br>Document # 2009-1968032;<br>Recorded February 4, 2009,<br>Deed Records of Hidalgo County |
| **Romulo Garza Jr. Dynasty Trust and Roxanne Garza Dynasty Trust**<br>c/o Romulo Garza Jr., Co-Trustee<br>██████████<br>New York, NY 10023 | **Special Warranty Deed**,<br>Document # 2012-2368198;<br>Recorded December 27, 2012,<br>Deed Records of Hidalgo County |
| **Romulo Garza Jr. Dynasty Trust and Roxanne Garza Dynasty Trust**<br>c/o Roxanne Garza, Co-Trustee<br>██████████<br>Washington, DC 20009 | **Special Warranty Deed**,<br>Document # 2012-2368198;<br>Recorded December 27, 2012,<br>Deed Records of Hidalgo County |
| **Pablo "Paul" Villarreal, Jr.**<br>Hidalgo County Tax Assessor-Collector<br>2804 S. Business Hwy. 281<br>Edinburg, TX  78539 | **Tax Authority** |
| **FOR SUBORDINATION PURPOSES ONLY**<br><br>**Kinder Morgan Tejas Pipeline, LLC**<br>Capitol Corporate Services, Inc.<br>(Registered Agent)<br>206 E. 9th St., Ste. 1300<br>Austin, TX 78701 | **Right of Way Agreement**,<br>Document # 2013-2456811;<br>Recorded October 17, 2013,<br>Deed Records of Hidalgo County; and<br>**Cathodic Protection Agreement**,<br>Document # 2004-1377519; |

| | |
|---|---|
| | Recorded September 3, 2004, Deed Records of Hidalgo County |
| **DCP Midstream, LP** C T Corporations Systems (Registered Agent) 1999 Bryan St., Ste. 900 Dallas, TX 75201 | **Surface Site Lease**, Document # 2008-1939495; Recorded October 21, 2008, Deed Records of Hidalgo County |
| **AEP Texas, Inc.** C T Corporation System (Registered Agent) 1999 Bryan St., Ste. 900 Dallas, TX 75201 | **Easement and Right of Way**, Document # 2008-1917442; Recorded August 8, 2008, Deed Records of Hidalgo County; and **Easement and Right of Way**, Document # 2005-1531654; Recorded October 13, 2005, Deed Records of Hidalgo County |
| **CPL Retail Energy, LP (f/k/a Central Power and Light Company)** Corporate Creations Network, Inc. (Registered Agent) 5444 Westheimer, #1000 Houston, TX 77056 | **Easement and Right of Way**, Document # 2001-1009247; Recorded September 20, 2001, Deed Records of Hidalgo County; and **Easement and Right of Way**, Document # 2001-963943; Recorded April 25, 2001, Deed Records of Hidalgo County; and **Easement and Right of Way**, Document # 1954-8306; Recorded June 22, 1954, Deed Records of Hidalgo County; and **Easement and Right of Way**, Document # 1950-19498; Recorded November 9, 1950, Deed Records of Hidalgo County |
| **Intrastate Gathering Corporation** C P Corp. System (Registered Agent) 811 Dallas Ave. Houston, TX 77002 | **Right of Way Agreement**, Document # 1985-133878; Recorded October 1, 1985, Deed Records of Hidalgo County |
| **State of Texas** Secretary of State Statutory Documents Section, Citations Unit 1019 Brazos Street | **Slope Easement**, Document # 1973-28999; Recorded December 4, 1973, Deed Records of Hidalgo County; and **Right of Way Easement**, |

| | |
|---|---|
| Austin, TX 78701 | Document # 1973-28998;<br>Recorded December 4, 1973,<br>Deed Records of Hidalgo County; and<br>**Right of Way Easement**,<br>Document # 1973-28757;<br>Recorded November 30, 1973,<br>Deed Records of Hidalgo County |
| **La Joya Water Supply Corporation**<br>Pablo Vela, Jr. (Registered Agent)<br>4100 N. 23rd St.<br>McAllen, TX 78504 | **Right of Way Easement**,<br>Document # 1966-7550;<br>Recorded April 22, 1966,<br>Deed Records of Hidalgo County |
| **Tennessee Gas Transmission Company**<br>Capitol Corporate Services, Inc.<br>(Registered Agent)<br>206 E. 9th St., Suite 1300<br>Austin, TX 78701 | **Right of Way Agreement**,<br>Document # 1955-20373;<br>Recorded December 2, 1955,<br>Deed Records of Hidalgo County |
| **United Irrigation (f/k/a Hidalgo County Water Control & Improvement District No. 16)**<br>Mike Warshak (General Manager)<br>P.O. Box 877<br>Mission, TX 78573 | **Easement**,<br>Document # 1954-13878;<br>Recorded October 21, 1954,<br>Deed Records of Hidalgo County |
| **Hidalgo County, Texas**<br>Richard F. Cortez<br>Hidalgo County Judge<br>100 E. Cano, 2nd Floor<br>Edinburg, TX 78539 | **Right of Way Easement**,<br>Document # 1954-6403;<br>Recorded May 10, 1954,<br>Deed Records of Hidalgo County; and<br>**Right of Way Easement**,<br>Document # 1944-51381;<br>Recorded October 31, 1944,<br>Deed Records of Hidalgo County |
| **Continental Pipeline Company**<br>Corporation Service Company (Registered Agent)<br>211 E. 7th St., Suite 620<br>Austin, TX 78701 | **Right of Way Contract**,<br>Document # 1952-18619;<br>Recorded November 29, 1952,<br>Deed Records of Hidalgo County |

JS 44   (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a)  PLAINTIFFS

## DEFENDANTS

**(b)**  County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
            THE TRACT OF LAND INVOLVED.

**(c)**  Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II.  BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1   U.S. Government
        Plaintiff

☐ 3   Federal Question
        *(U.S. Government Not a Party)*

☐ 2   U.S. Government
        Defendant

☐ 4   Diversity
        *(Indicate Citizenship of Parties in Item III)*

## III.  CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                         *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V.  ORIGIN *(Place an "X" in One Box Only)*

☐ 1   Original
        Proceeding

☐ 2   Removed from
        State Court

☐ 3   Remanded from
        Appellate Court

☐ 4   Reinstated or
        Reopened

☐ 5   Transferred from
        Another District
        *(specify)*

☐ 6   Multidistrict
        Litigation -
        Transfer

☐ 8   Multidistrict
        Litigation -
        Direct File

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII.  REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
   UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:      ☐ Yes    ☐ No

## VIII.  RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____

DOCKET NUMBER _____

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____